# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **THOMAS L. SHAFER,** ) | |
| ) | |
| ) | |
| **v.** ) | **Criminal No. 03-90-P-S** |
| ) | |
| ) | |
| **UNITED STATES OF AMERICA.** ) | |
| ) | |

## ORDER ACCEPTING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket # 60) filed April 12, 2005, the Recommended Decision is accepted.

Accordingly, it is ORDERED that Thomas Shafer's Motion to Modify Sentence (Docket # 57) be DENIED.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

Dated this 5th day of May, 2005.