UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal no. 03-90-P-S |
| | ) | |
| THOMAS L. SHAFER, | ) | |
| | ) | |
| Defendant. | ) | |

AMENDED ORDER ACCEPTING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On April 12, 2005 the Magistrate Judge issued a Recommended Decision (Docket #60) on Thomas Shafer's Motion to Modify Sentence (Docket #57).  Due to a clerical error the Objection to that Recommended Decision (Docket #62) and response (Docket #63) thereto were docketed in the civil case 05-35-P-S only.  Those documents have now been docketed in this criminal case.  Defendant has also filed an unauthorized reply to the response to the objections to the Recommended Decision (Docket #64).

I have again reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record;  I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1.  It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2.  Defendant's Motion to Modify Sentence (Docket #57) is DENIED.

/s/George Z. Singal
Chief United States District Judge

Dated this 8th day of June, 2005.